Decided January 17, 1991

STATE OF CONNECTICUT *v.* EARL BADGETT

The state of Connecticut's petition for certification for appeal from the Appellate Court, 23 Conn. App. 571, is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court should have conducted an evidentiary hear-

ing on whether the defendant should be allowed to withdraw his plea based upon a statement that the defendant did not understand the court's conclusion that he was not drug dependent?"

*Frederick W. Fawcett,* assistant state's attorney, in support of the petition.

*G. Douglas Nash,* public defender, in opposition.

Decided January 17, 1991